IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00433-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIE SALINAS

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE
MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANT**

---

This matter is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant (Doc. 9), pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted. Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendant and her counsel in the course of discovery in this case.   It is further

ORDERED that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendant and her attorney; that if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

DATED this 1st day of December, 2015

BY THE COURT:

_____

R. Brooke Jackson

United States District Judge